U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUL 2 2 2021

CHRISTA K. BERRY, CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:21-cr-121-NT
)
SHAWN COOK )

### MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: July 21, 2021

Donald E. Clark
Acting United States Attorney

_for CMW

Craig M. Wolff
Assistant U.S. Attorney

Granted
7/22/2021
Nancy Torresen