U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUL 2 2 2021

CHRISTA K. BERRY, CLERK

BY_____
DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SHAWN COOK )<br>) | Criminal No. 2:21-cr-00 NT |

## INDICTMENT

The grand jury charges that:

### COUNT ONE
### (Transfer of Obscene Material to a Minor)

On about July 24, 2018, in the District of Maine and elsewhere, the defendant,

## SHAWN COOK,

used the internet, a facility and means of interstate commerce, to knowingly transfer obscene

matter to another individual who had not attained the age of 16 years, knowing that such other

individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

### COUNT TWO
### (Obstruction of Justice)

On about March 27, 2021, in the District of Maine, the defendant,

## SHAWN COOK,

corruptly endeavored to influence, obstruct and impede the due administration of justice

regarding a grand jury investigation in the District of Maine. Specifically, **COOK** knowingly

attempted to corruptly persuade J.H. to provide false exculpatory information to FBI agents

involved in the investigation.

In violation of Title 18, United States Code, Section 1503(a).

A TRUE BILL,

Signature Redacted – Original on file
with the Clerk's Office

_____
Assistant U.S. Attorney

Date: 7/22/2021