2:21-cr-121-NT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUL 2 2 2021

CHRISTA K. BERRY, CLERK

BY_____
DEPUTY CLERK

## UNITED STATES v. SHAWN COOK

### SYNOPSIS – INDICTMENT

| | |
|---|---|
| **Name:** | Shawn Cook |
| **Address:** (City & State Only) | Brimfield, Massachusetts |
| **Year of Birth and Age:** | 1979 (41 years old) |
| **Violations:** | Count 1:    Transfer of obscene materials to minors. 18 U.S.C. § 1470.<br><br>Count 2:    Obstruction of justice. 18 U.S.C. § 1503(a). |
| **Penalties:** | Counts 1, 2:    Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. §§ 1470, 1503(b)(3). |
| **Supervised Release:** | Counts 1, 2:    Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1, 2:    Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1, 2:    Not more than 3 years, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Garrett Drew |
| **Detention Status:** | Arrest warrant to be sought, detention motion to be filed. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |

| | |
|---|---|
| **County:** | Sagadahoc |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A). |