**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 JUL 22 P 3: 29

DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Criminal No.
)
SHAWN COOK )

2:21-cr-121-NT

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment

against the above-named defendant having been filed in the above-entitled case.

_____ for CMW

Craig M. Wolff
Assistant U.S. Attorney